1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LESLIE McCONVILLE,

            Plaintiff,

vs.

IGT,

            Defendant.

Case No.: 3:22-cv-00041-MMD-CSD

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff LESLIE McCONVILLE and Defendant IGT, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above referenced action are hereby dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear its own attorneys' fees and costs.

Dated this 18th day of July, 2022.      Dated this 18th day of July, 2022.
MARK MAUSERT LAW OFFICE        KAMER ZUCKER ABBOTT

 /s/ Mark Mausert                  /s/ Kaitlin Paxton
MARK MAUSERT                CAROL D. ZUCKER, ESQ.
SEAN McDOWELL             KAITLIN H. PAXTON
729 Evans Avenue           3000 W. Charleston Blvd., Suite 3
Reno, Nevada 89512        Las Vegas, Nevada 89102-1990

*Attorneys for Plaintiff*         *Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED THIS 19th Day of July 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2.